**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 31, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00585-CV

---

**ROBERT BRYAN TOBOR, Appellant**

**V.**

**STEPHANIE KANN TOBOR, Appellee**

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2015-07886**

## M E M O R A N D U M     O P I N I O N

This is an appeal from an order signed April 16, 2018. On January 17, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain